No. 85–499. PAPASAN, SUPERINTENDENT OF EDUCATION, ET AL. v. ALLAIN, GOVERNOR OF MISSISSIPPI, ET AL. C. A. 5th Cir.

[Certiorari granted, 474 U. S. 1004.] Motion of the Attorney General of Mississippi to strike brief of respondents Dick Molpus, Secretary of State of Mississippi, et al., denied.